Vince Farhat (SBN 183794)
Rachel C. Agius (SBN 305934)
Holland & Knight LLP
400 S. Hope Street, 8th Floor
Los Angeles, CA 90071
(213) 896-2400
Fax (213) 896-2450
Email: vince.farhat@hklaw.com
Email: rachel.agius@hklaw.com

Christopher A. Myers (*pro hac vice pending*)
1600 Tysons Blvd., Suite 700
McLean, Virginia 22102

Cheryl A. Feeley (*pro hac vice pending*)
800 17th Street N.W. Suite 1100
Washington, D.C. 20006

Attorneys for Defendant
BIOTRONIK, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BIOTRONIK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> Brian Sant, <br><br> Defendant | Case No.: 16-cv-01632 <br><br> **PLAINTIFF BIOTRONIK, INC.'S AND DEFENDANT BRIAN SANT'S JOINT ORDER RE: STIPULATION AND REQUEST TO STAY TRIAL AND FURTHER PROCEEDINGS PENDING FINALIZATION OF PARTIES' SETTLEMENT** |

The Stipulation and Request to Stay Further Proceedings Pending Finalization of the Parties' Settlement, is GRANTED.

The Court, having considered the papers submitted, hereby orders that

All proceedings in this action are hereby stayed for a period of forty-five (45) days from the date this Order is electronically filed, except as necessary to effectuate settlement.

///

///

-1-
ORDER RE: STIPULATION AND REQUEST TO STAY FURTHER PROCEEDINGS
PENDING FINALIZATION OF SETTLEMENT AGREEMENT

1  Not later than that same date, the parties are directed to file either a stipulation of dismissal
2  and proposed order or a joint status report.
3  IT IS SO ORDERED.
4  Dated: September 16, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER RE: STIPULATION AND REQUEST TO STAY FURTHER PROCEEDINGS
PENDING FINALIZATION OF SETTLEMENT AGREEMENT