Vince Farhat (SBN 183794)
Rachel C. Agius (SBN 305934)
Holland & Knight LLP
400 S. Hope Street, 8th Floor
Los Angeles, CA 90071
(213) 896-2400
Fax (213) 896-2450
Email: vince.farhat@hklaw.com
Email: rachel.agius@hklaw.com

Christopher A. Myers (*pro hac vice pending*)
1600 Tysons Blvd., Suite 700
Tysons, Virginia 22102

Cheryl A. Feeley (*pro hac vice pending*)
800 17th Street N.W. Suite 1100
Washington, D.C. 20006

Attorneys for Defendant
BIOTRONIK, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BIOTRONIK, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>Brian Sant,<br><br>Defendant | Case No. 16-cv-01632<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE; [FRCP 41(a)(1)(A)(ii)]**<br><br>Assigned to Hon. Morrison C. England, Jr. |

## **ORDER**

The Joint Stipulation to Dismiss the Action with Prejudice made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (ECF No. 11) having been considered, it is hereby ordered that this action is DISMISSED with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  November 22, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE